UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2020

------------------------------------------------------------ x

TYREKE WILLIAMS,

                         Plaintiff,

-against-

THE CITY OF NEW YORK, et al.

                        Defendants.

------------------------------------------------------------ x

**ORDER WITHDRAWING CASE FROM SECTION 1983 PLAN**

20 Civ. 478 (AKH)

IT IS HEREBY ORDERED that although this case is, or may be, designated for inclusion in the S.D.N.Y. Local Rule 83.10 Plan (formerly "the Section 1983 plan"), the case shall not so participate. All case tracking deadlines associated with inclusion in the Section 1983 plan are canceled. I will preside over this case in normal fashion, under the Federal Rules of Civil Procedure, Local Rules of Court, and my Individual Rules of Practice.

SO ORDERED.

Dated:      New York, New York
             January 23, 2020

_____
ALVIN K. HELLERSTEIN
United States District Judge