# ROMANO & KUAN PLLC

JULIA P. KUAN
WILFRED G. ROMANO

JUNE LIU, ASSOCIATE

RICHARD M. GREENBERG
OF COUNSEL

600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5075

Email
julia.kuan@romanoandkuan.com

So Ordered.

*[signature]*
12/16/2021

**VIA ECF**
Honorable Alvin Hellerstein
United States District Court Judge
United States District Court – SDNY
500 Pearl Street
New York, N.Y. 10007

December 15, 2021

Re: *Tyreke Williams v. City of New York, et al.* (20-cv-00478)

Dear Judge Hellerstein:

After conferring with defense counsel, Christopher Arko, and further consultation with my client, plaintiff has decided to proceed with his federal claims against the Individual Police Officer Defendants and pursue a separate state court action against defendants Kieu and Franklin Vo. As a result, the parties will proceed with the discovery schedule set forth by this Court's case management plan *so ordered* on November 18, 2021 (Dkt#36). Respectfully, plaintiff's counsel submits that the phone conference currently scheduled for December 17, 2021 at 10 a.m. is moot and requests that it be canceled.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Julia P. Kuan

Cc: Christopher Arko (*via ECF*)