UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                     :

TYREKE WILLIAMS,                          :

                            :     **ORDER REGULATING**

                Plaintiff,  :     **PROCEEDINGS**

        -against-             :

                            :     20 Civ. 478 (AKH)

CITY OF NEW YORK, NYPD OFFICER JOSE  :
DELEON SANCHEZ, et al.,           :

                            :

                          :

               Defendants.  :

                            :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A status conference was held to discuss the progress of discovery and to set

further deadlines.

        All discovery shall be completed by December 9, 2022.  This date is firm, with no

further extensions.

        The parties will meet for a settlement conference on December 21, 2022, at 2:00

p.m. for at least two hours at Plaintiff's office.

        The parties will appear for a status conference on January 6, 2023, at 10:00 a.m.,

to establish further dates or, as necessary, to set a date for trial.

        SO ORDERED.

Dated:      September 9, 2022          /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                 United States District Judge

1